UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY DE CARLO GALLEGOS, | Case No. 1:24-cv-01310-KES-CDB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, et. al., | Doc. 6 |
| Defendants. | |

Plaintiff Benny De Carlo Gallegos, proceeding pro se, filed this new action suing the magistrate judge who ruled on plaintiff's prior case in this court, *Gallegos v. Comm'r of Soc. Sec. et al.*, No. 1:23-cv-00090-SAB ("*Gallegos I*"), and the defendants in that case, which sought review of a final decision of the Commissioner of Social Security denying plaintiff's application for disability insurance benefits and supplemental income benefits under the Social Security Act. Doc. 1. Plaintiff seeks through this new action to bring an untimely "appeal" of the Court's judgment for the Commissioner in *Gallegos I*. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 22, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed with prejudice. Doc. 6. Specifically, the magistrate judge construed the instant action as an attempt by plaintiff to appeal

1

through a new action the Court's decision in *Gallegos I* entering judgment for the Commissioner. *Id.* The findings and recommendations found that plaintiff's untimely action lacked any arguable basis in law and was frivolous under 28 U.S.C. § 1915(e)(2)(B), and that it was an improper attempt to untimely appeal the decision in *Gallegos I* through a new action. Doc. 6. The findings and recommendations also recommended that plaintiff's pending application to proceed in forma pauperis be denied as moot. Doc. 6. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id*. at 4–5. On December 11, 2024, plaintiff timely filed objections. Doc. 8.

Plaintiff's objections do not undermine the magistrate judge's analysis. In his objections, plaintiff does not dispute the finding that this new action is effectively an attempt to untimely appeal the entry of judgment in *Gallegos I*. As the magistrate judge found, any such appeal would be untimely under Rule 4 of the Federal Rules of Appellate Procedure.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, including plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on November 22, 2024, Doc. 6, are adopted;
2. This action is dismissed with prejudice;
3. Plaintiff's application to proceed in forma pauperis, Doc. 2, is denied as moot; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 2, 2025

UNITED STATES DISTRICT JUDGE

2